IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TONY MAURICE WILLIAMS, | § | |
| TDCJ-CID NO.897876, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-2876 |
| | § | |
| DOUG DRETKE, Director of the Texas | § | |
| Department of Criminal Justice- | § | |
| Institutional Division, | § | |
| Respondent. | § | |

FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on 5th day of July, 2005.


MELINDA HARMON
UNITED STATES DISTRICT JUDGE